# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | | |
|---|---|---|
| DAVID D. RICHARDSON, | : | No. 29 WAP 2014 |
| | : | |
| Appellant | : | Appeal from the Order of the |
| | : | Commonwealth Court entered July 30, |
| v. | : | 2014, at No. 114 CD 2014. |
| | : | |
| | : | |
| COMMONWEALTH OF PENNSYLVANIA, | : | |
| DEPARTMENT OF CORRECTIONS, | : | |
| JOHN E. WETZEL, SECRETARY, | : | |
| | : | |
| Appellee | : | |

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 17th day of February, 2015, the Order of the Commonwealth Court is hereby **AFFIRMED**.